UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 1 5 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Aisha Carlisle,
c/o 1516 Marion Street, NW #301
Washington, District of
Columbia [20001]
202-657-5391
       Plaintiff,

vs.

CEO, Garrett Schanck,
Chairman, John Schanck
COO, Liza Akley
Stellar Recovery,
1845 US Highway 93 South
Kalispell, Montana 59901
       Defendants.

CIVIL ACTION No.:

Case: 1:15-cv-00918
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/15/2015
Description: Pro Se Gen. Civil (F Deck)

COMPLAINT

1. Venue is proper pursuant to 28 U.S.C. Section 1391 because the
   events giving rise to this complaint happened in this
   district.

**Parties**

2. Plaintiff, Aisha Carlisle, domiciles at 1516 Marion Street,
   N.W. #301, Washington, District of Columbia [20001].

3. Defendants, Garrett Schanck, Chief Executive Officer of
   Stellar Recovery; Chairman and Founder of Stellar Recovery
   John Schanck; and Chief Operating Officer, Liza Akley of
   Stellar Recovery Incorporated is located at 1845 US Highway 93
   South, Kalispell, Montana 59901.

**RECEIVED**

**JUN - 1 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

4. Another Stellar Recovery office is located at 4500 Salisbury Road, Suite 105, Jacksonville, Florida, 32216.

## Statement of Facts

5. I sent a certified letter File #70113500000279202373 to Stellar Recovery Incorporated on November 20, 2014, requesting that they validate the debt.  In the same letter, I inquired as to what authority they had to be listed on my credit report.  Stellar Recovery did not respond and did not validate the debt.

6. I sent a follow up certified letter File #70113500000279216653 dated December 17, 2014.  Stellar Recovery did not respond and did not validate the debt.  At this point, I received no written correspondence from Stellar Recovery and they did not validate the debt so I sent a Federal Trade Commission Affidavit of Identity Theft because an unknown company was listed on my credit report.  I was cautious and contacted the three credit bureaus in order to set up a fraud and identity theft alert so no other company can do what Stellar Recovery did to me.  Since, Stellar Recovery refused to respond as they are mandated to do so by FDCPA, this was my only recourse.

7. I contacted the Better Business Bureau (BBB) on January 21, 2015 to file a complaint against Stellar Recovery for violations of the FDCPA.  On January 2, 2015, I received a response from Stellar Recovery through the BBB online response

portal without getting the validation of debt verification. Stellar Recovery told me and BBB representative that the case/file/claim was closed upon receipt of the Identity Theft Affidavit. Yet, I still didn't get verification in writing that the case/file/claim was closed from Stellar Recovery.

8. Stellar Recovery never complied with the FDCPA and I didn't know why they had access to my credit report for 15 months without validating the debt.

9. In the District of Columbia, there is a three year statute of limitations on bringing actions, see code D.C. Code § 12-301, therefore this should been ineligible to report on July 2014, according to the credit reports from Equifax, Experian, and Trans Union, the last date of activity was July 2011.

10.     Stellar Recovery made no attempt to validate the debt listed on my credit report from October 2013 until January 2015, for more than fifteen (15) months.

11.     Stellar Recovery never sent me any written correspondence by postal or electronic mail validating the debt beginning in October 2013 up to January 2015.

12.     Stellar Recovery had unauthorized access to my credit information for fifteen (15) months.

13.     Due to the actions of Stellar Recovery, the negative reporting damaged my credit score for over fifteen (15) months.

1

### Claim I

*Stellar Recovery violated Fair Debt Collection Practices Act*

*(FDCPA) Section 809(b) FTC opinion letter Cass from LeFevre:*

*If the collection agency did not validate the debt and they*

~~still continue to report to the credit bureaus, they are~~

*subject to a $1,000 penalty.*

14.    Plaintiff realleges paragraphs 1-13

15.    By doing the acts described in paragraphs 10, 11, 12, and

13 the Defendants violated the Plaintiffs' unalienable rights

pursuant to the FDCPA, Section 809(b) Federal Trade Commission

opinion letter Cass from LeFevre by not validating the debt

and listing themselves fraudulently on my credit report,

thereby entitling the Plaintiff to damages pursuant to 42

U.S.C. § 1983 and *FDCPA Section 809(b)*.

### Claim II

Stellar Recovery violated 15 U.S. Code, Chapter 41, Subchapter V §

1692g - Validation of debts:(a) Notice of debt; contents

Within five days after the initial communication with a consumer in

connection with the collection of any debt, a debt collector shall,

unless the following information is contained in the initial

communication or the consumer has paid the debt, send the consumer

a written notice containing— (1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed; (3) a

statement that unless the consumer, within thirty days after

receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

    16.     Plaintiff realleges paragraphs 1-13
    17.     By doing the acts described in paragraphs 10, 11, 12, and
        13, the Defendants caused and/or permitted the violation of
        the Plaintiffs' consumer protection rights thereby entitling
        the Plaintiff to recover damages pursuant to 42 U.S.C. § 1983
        and  15 U.S. Code, Chapter 41, Subchapter V § 1692g.

## Claim III

15 U.S. Code, Chapter 41, Subchapter V § 1692k - Civil liability

(a) Amount of damages-Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of—v(1) any actual damage sustained by

such person as a result of such failure; (2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000;…"

18.    Plaintiff realleges paragraphs 1-13

19.    ~~By doing the acts in paragraphs 10, 11, 12, and 13 the~~ Defendants violated my unalienable rights and consumer protection rights thereby entitling the Plaintiff to recover damages pursuant to 42 U.S.C. § 1983 and 15 U.S. Code, Chapter 41, Subchapter V § 1692k.

### Claim IV

*Stellar Recovery violated FDCPA Section 811(a)(2): The collector must be in the county in which you lived when you signed the original contract for the debt, or they are subject to a $1,000 penalty.*

20.    Plaintiff realleges paragraphs 1-13

21.    By doing the acts described in paragraphs 10, 11, 12, and 13, the Defendants violated my unalienable rights and also violated FDCPA Section 811(a)(2)by not providing their license numbers and provide the names of their registered agents that are authorized to collect debts in the District of Columbia thereby entitling the Plaintiff to recover damages pursuant to 42 U.S.C. § 1983.

# **Relief**

WHEREFORE: the Plaintiff requests:

22.     Compensatory damages, including general and special
damages due to multiple violations of FDCPA by Stellar
Recovery over a fifteen (15) month period.

23.     I demand that Stellar Recovery pay me $15,000 in damages
because of their willful intention to not validate the debt
after fifteen (15) months.

24.     I demand that Stellar Recovery CEO, Garrett Schanck pay
me $7,000 in compensatory damages.

25.     I demand that Stellar Recovery, Founder and Chairman,
John Schanck pay me $7,000 in compensatory damages

26.     I demand that Stellar Recovery, COO, Liza Akley pay me
$7,000 in compensatory damages.

DATED: June 1, 2015

Aisha Carlisle
c/o 1516 Marion St., NW
Apartment #301
Washington, District of
Columbia [20001]

English  ▾    Customer Service    USPS Mobile                          Register / Sign In  ▾

☰                      **USPS.COM**                           🔍

# USPS Tracking™                          Customer Service ›
                                              Have questions? We're here to help.

Tracking Number: **70113500000279202373**

Exhibit
"A"
14/4/2014

━━━━━━━━━━━━  ⟩  ━━━━━━━  ⟩  ━━━━━━  ✓  DELIVERED

Expected Delivery Day: **Monday, December 1, 2014** ›

## Product & Tracking Information                    ## Available Actions

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™              Text Updates              ⊙

                                                          Email Updates             ⊙

| DATE & TIME | STATUS OF ITEM | LOCATION |            Return Receipt After Mailing   ⊙
|---|---|---|
| **December 1, 2014 , 9:52 am** | Delivered | **KALISPELL, MT 59901** |

Your item was delivered at 9:52 am on December 1, 2014 in KALISPELL, MT 59901

| December 1, 2014 , 5:43 am | Departed USPS Facility | MISSOULA, MT 59801 |
| December 1, 2014 , 12:37 am | Arrived at USPS Facility | MISSOULA, MT 59801 |
| November 30, 2014 , 1:34 am | Departed USPS Facility | BILLINGS, MT 59101 |
| November 30, 2014 , 12:04 am | Arrived at USPS Facility | BILLINGS, MT 59101 |
| November 28, 2014 , 6:56 am | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| November 26, 2014 , 9:57 pm | Arrived at USPS Origin Facility | GAITHERSBURG, MD 20898 |
| November 26, 2014 , 7:33 pm | Departed Post Office | WASHINGTON, DC 20002 |
| November 26, 2014 , 5:57 pm | Acceptance | WASHINGTON, DC 20002 |

## Track Another Package

**Tracking (or receipt) number**

                                           Track It



**USPS.COM**

November 20, 2014

Aisha Carlisle
1516 Marion Street NW
Apartment 301
Washington, District of Columbia
Non-Domestic, Zip Exempt [20001]

Exhibit
"B"
11/20/2014
1- 2 pages

Stellar Recovery Incorporated                    Social Security # xxx-xx-3426
1845 US Highway 93 South
Kalispell, Montana 59901
Phone: 1-800-954-0226

Re: Acct # Unknown

To Whom It May Concern:

In conformance to my rights under the Fair Debt Collection Practices Act (FDCPA), I am requesting you to
provide me with a validation of the debt that you listed on my credit report. I did not give you permission to
access my credit report.

Please provide me with the following:

- What the money you say I owe is for;
- Explain and show me how you calculated what you say I owe;
- Provide me with copies of any papers that show I agreed to pay what you say I owe;
- Provide a verification or copy of any judgment if applicable;
- Identify the original creditor;
- Prove the Statute of Limitations has not expired on this account;
- Complete payment history on this account along with an accounting of all additional charges being
  assessed
- Show me that you are licensed to collect in my state; and
- Provide me with your license numbers and Registered Agent.

If your offices have reported invalidated information to any of the three major Credit Bureau's (Equifax,
Experian or TransUnion), said action might constitute fraud under both Federal and State Laws. Due to this
fact, if any negative mark is found on any of my credit reports by your company or the company that you
represent I will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act (FCRA)
- Violation of the Fair Debt Collection Practices Act (FDCPA)
- Defamation of Character

According to FDCPA Section 811 (a)(2), a collector must be in the county in which the consumer lived at the
time when the original contract was created or your company will be fined $1,000.

According to FDCPA Section 809(b), FTC opinion letter, Cass from LeFevre, a collection agency will be fined
$1,000 if your company has not validated the debt and your company still continues to report it to the credit
bureaus.

According to FDCPA Section 807(8), if a collection agency fails to report a disputed debt to the credit bureaus
they will be fined $1,000.



If your offices fail to respond to this validation request within 20 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls or correspondence sent to any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal consul. This includes any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

Your non-compliance with my request will also be construed as an absolute waiver of all claims to enforce this debt.  I will immediately file a complaint with the Federal Trade Commission and the Montana Attorney General's office.

### **Remedy Demands**

- Stellar Recovery violated the FCRA and FDCPA every month you are on my credit report.
- Stellar Recovery willfully accessed my personal and financial information without my consent to the three major credit bureaus Equifax, TransUnion, and Experian.
- Stellar Recovery had unauthorized access to my credit information and has been listed on my credit report since October 2013, which is more than 13 months at the time of this letter.
- I demand that Stellar Recovery provide me with a validation of the debt that you listed on my credit report.
- I demand that Stellar Recovery specifically state what the money you say I owe is for;
- I demand that Stellar Recovery explain and show me how you calculated what you say I owe;
- I demand that Stellar Recovery provide me with copies of any papers that show I agreed to pay what you say I owe.
- I demand that Stellar Recovery identify the original creditor.
- I demand that Stellar Recovery prove the Statute of Limitations has not expired on this account.
- I demand that Stellar Recovery provide a complete payment history on this account along with an accounting of all additional charges being assessed.
- I demand that Stellar Recovery show me that you are licensed to collect in my state.
- I demand that you provide me with your license numbers and Registered Agent.
- The Social Security number is # xxx-xx-3426.

Sincerely,

Aisha Carlisle, **Authorized Representative**
All Rights Reserved Without Prejudice: U.C.C. 1-207/1-308; U.C.C. 1-103

December 17, 2014

Aisha Carlisle
1516 Marion Street NW
Apartment 301
Washington, District of Columbia
Non-Domestic, Zip Exempt [20001]

Stellar Recovery Incorporated                                    Social Security # xxx-xx-3426
1845 US Highway 93 South
Kalispell, Montana 59901
Phone: 1-800-954-0226

Re: Acct # Unknown

To Whom It May Concern:

This is a certified letter (7011 3500 0002 7921 6653) being sent in response to my first letter dated
November 20, 2014 (a copy is enclosed) requesting that you validate the debt and inquiring what lawful
authority you have to be listed on my credit report.  I have attached a copy of the Federal Trade Commission's
Affidavit for Identity Theft.  I will also forward a copy to Equifax, TransUnion, and Experian.

Please be advised that by law your company is required to respond to my request within thirty (30) days.
Your company has failed to follow such guidelines and is in violation of the Fair Credit Reporting Act (FCRA)
and may be reported and investigated under these circumstances.  Please be aware that I am keeping records
of each date that I have contacted your company by registered mail and prepared to use this information in
case I must take you to court concerning this matter.

Sincerely,

Aisha Carlisle, Authorized Representative
All Rights Reserved Without Prejudice: U.C.C.1-207, U.C.C. 1-308, U.C.C. 1-103

Exhibit
"C"
12/17/2014

Aisha Carlisle
1516 Marion Street NW Apt 301
Washington DC 20001

Dear Aisha Carlisle :

Thank you for contacting BBB. We have reviewed your case against Stellar Recovery, Inc.. Your complaint was assigned ID 10412695. Your information has been forwarded to the business for its response, and we have requested a response within 10 calendar days.

We will review and forward any business response to you. At that time, we will request you confirm either that the business has addressed and resolved your concerns or that the dispute remains at issue. We ask you to advise us of any new information, resolution proposal, or counter proposal.

Please understand that by filing a complaint BBB, you are representing that it is a truthful account of your experience with the business. The text may be publicly posted on the BBB website. Please do not include any personally identifiable information when describing your experience and desired outcome. BBB may edit your complaint to protect privacy rights and to remove inappropriate language. If you have any questions, please contact me.

Regards,

Christian King
Resolution Moderator
Phone: (509) 232-0531
Better Business Bureau

Exhibit
"D"
1/24/15

1 of 1

1/28/2015 6:35 PM

1 of 2

http://oarcomplaint.bbb.org/ODRWeb/Consumer/ComplaintMessager...view.aspx?lnii=ii...

Aisha Carlisle
1516 Marion Street NW Apt 301
Washington DC 20001

*Dear Aisha Carlisle :*

This message is in regard to your complaint submitted on 1/21/2015 8:04:54 PM against Stellar Recovery, Inc. Your complaint was assigned ID 10412695.

BBB has received a response from the business regarding your complaint. Please provide BBB with written verification of your position in this matter within 7 calendar days. We request that you provide any documents, such as a contract, work order or service request that support your position.

When responding, reference your complaint ID number and Resolution Moderator. Please respond in one of the following ways:

• If you received this letter via email, please click on the 'Respond to this complaint' link to the left.
• Email me directly at
cking@spokane.bbb.org.
• Fax your response and documentation to 509-838-1079.
• Mail your response and documentation to the BBB at 152 S Jefferson Ste 200 Spokane, WA 99201.

Please remember that by filing a complaint with BBB, you are representing that it is a truthful account of your experience with the business. The text may be publicly posted on the BBB website. Please do not include any personally identifiable information when describing your experience and desired outcome. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Your prompt response is appreciated.

Sincerely,

Christian King
Resolution Moderator
Phone: (509) 232-0531
cking@spokane.bbb.org
Better Business Bureau

MESSAGE FROM BUSINESS:

Stellar Recovery is in receipt of a complaint filed by Aisha Carlisle. Our records indicate that we did receive a past due billings from Comcast for a Aisha Carlisle on 10-12-2013 for services at 1516 Marion St. NW, Apt 301, Washington DC, 20001. Our records further indicate that we had no contact with the consumer until we received a request for validation via mail on 12-01-2014, our office noted the file as such and the file was placed in validation status and documents were requested from the Client. (there is no 20 day requirement to provide these documents under the FDCPA). All collection activity including reporting of the debt ceases during the validation period and our records do indicate that deletion of the credit reporting was ordered on 12-05-2014. While the file was on hold waiting for validation documents, on 12-22-2014, we received a copy of an ID Theft affidavit and a letter from the consumer claiming this file was Fraud. Once we received the Fraud claim, the file was then closed as fraud and

1/28/2015 6:36 PM

View Complaint Message

http://odrcomplaint.bbb.org/ODRWeb/Consumer/ComplaintMessageDetailView.aspx?ComID=...

the file was ordered to be returned to the client with the fraud information enclosed. (This would supercede the validation request, as the Fraud closed the file and returned it to the original client.) Again, Stellar processed properly all written requests made by the consumer regarding this file in our office. The file is currently closed (our file # is 10580805) and no reporting to credit reporting agencies is being done. If the consumer has further questions, she is welcome to call Comast and reference file # 09529 10929902.



Exhibit
"E"
1/26/2015
per page

View Complaint Message

http://oarcomplaint.bbb.org/UDR/web/ConsumerComplaintMessagePrint/View.asp?

[To assist us in bringing this matter to a close, you must give us a reason why you are rejecting the response. If no reason is received, complaint will be closed Administratively Resolved]

BBB,

I have reviewed the response made by the business in reference to complaint ID 10412695 and have determined that this does not resolve my complaint. For your reference, details of the offer I reviewed appear below.

Stellar Recovery benefited by having access to my credit report for 14 months in direct violation of the Fair Debt Collection Practices Act (FDCPA) failing to verify the disputed debt. They ignored my written requests and didn't respond and had access to my personal and financial information for 14 months. Their response to you is the first time I have heard anything from them. Their chronology is incomplete. Stellar Recovery was in violation of FDCPA. After review of their response, I will not accept their failure to comply with the law for 14 months.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

Regards,

Aisha Carlisle



English ⌄        Customer Service ›        USPS Mobile                Register/Sign In ⌄



≡            **USPS.COM**

4/10/15

# USPS Tracking™

  Customer Service ›
Have questions? We're here to help.

Tracking Number: **70113500000279216653**

IN-TRANSIT

Expected Delivery Day: **Saturday, December 20, 2014** ›

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 20, 2014 , 7:05 am** | Departed USPS Facility | **MISSOULA, MT 59801** |

Your item departed our USPS facility in MISSOULA, MT 59801 on December 20, 2014 at 7:05 am. The item is currently in transit to the destination. No further information is available for this item.

| | | |
|---|---|---|
| December 20, 2014 , 2:19 am | Arrived at USPS Facility | MISSOULA, MT 59801 |
| December 19, 2014 , 3:41 pm | Arrived at USPS Facility | BILLINGS, MT 59101 |
| December 18, 2014 , 4:57 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| December 17, 2014 , 11:30 pm | Arrived at USPS Origin Facility | GAITHERSBURG, MD 20898 |
| December 17, 2014 , 4:25 pm | Departed Post Office | WASHINGTON, DC 20002 |
| December 17, 2014 , 3:44 pm | Acceptance | WASHINGTON, DC 20002 |

## Available Actions

Text Updates                                               ⊝

Email Updates                                              ⊝

**Confirmation**

70113500000279216653

Your request for all activity to-date will be processed within four hours. Any future activity will be processed whenever there is new delivery related event activity.

**Your confirmation will be sent to the following:**

aisha.carlisle@gmail.com

## Track Another Package

**Tracking (or receipt) number**

Track It

**USPS.COM**



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KALISPELL MT 59901        ~~OFFICIAL USE~~

| | | |
|---|---|---|
| Postage | $ | $1.17 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.49 |

DEC 1 2014

12/17/2014

Sent To  Stellar Recovery Incorporated
Street, Apt. No.; or PO Box No.  1845 US Highway 93 South
City, State, ZIP+4  Kalispell, Montana 59901

PS Form 3800, August 2006          See Reverse for Instructions

7011 3500 0002 7921 6653